1048

JOHN F. BROWN, JR., ET AL, *Appellants*, v. THE STATE
OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 88–2–00118–1, Stephen M. Brown, J., entered May 24, 1989. *Affirmed in part* and *remanded* by unpublished opinion per Shields, J., concurred in by Munson, C.J., and Green, J.

LIBERTY ORCHARDS COMPANY, INC., *Respondent*, v.
MALNOVE, INC., *Defendant*, MALNOVE, INC.,
OF UTAH, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 87–2–00004–9, John E. Bridges, J., entered April 12, 1989. *Affirmed* by unpublished opinion per Green, A.C.J., concurred in by Thompson and Shields, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD
ALVIE SISK, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 89–1–00032–7, Fred Van Sickle, J., entered June 5, 1989. *Reversed* by unpublished opinion per Munson, C.J., concurred in by Thompson and Shields, JJ.